514

VINCENT W. CIRRINCIONE et al., Plaintiffs, v. ANTHONY C. POLIZZI et al., Defendants.— Case to be tried at the earliest possible term, and if a term is set up this Summer, it should be tried then.

In the Matter of CLAUDE A. SHERMAN.— Motion granted to prosecute appeal on original record, typewritten briefs and Carl F. Guy, Esq., assigned as counsel to conduct appeal.

In the Matter of WALTER ENNIS, Appellant, v. HARRY E. CROWLEY et al., Constituting the Board of Zoning Appeals of the City of Rochester, Respondents, and LOUIS WHITE et al., Intervenors-Respondents.—

Appellants are directed to cease all activity of every nature on this property and the lot surrounding the property; the building on the premises is to be locked and no cars are to be parked on the premises; the record and appellant's brief are to be filed not later than August 1, 1961, and the appeal is to be heard at the September Term. The declaratory judgment action is to be tried at the first available term and if any term is set up in the Summer, it is to be tried then.

MICHAEL F. MARRON, Appellant, v. WILLIAM P. FITZPATRICK, Respondent.— Motion to appeal as poor person granted.